**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00501-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ED SOOKIAS,

      Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

      Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 21), a Change of Plea hearing is set for **February 25, 2010 at 1:00 p.m.** in Courtroom A602 of the Arraj Courthouse**.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on February 18, 2010**. If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

      DATED: January   19  , 2010

                                BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge