**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 09-cr-00501-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ED SOOKIAS,

    Defendant.

---

**ORDER VACATING WARRANT AND TERMINATING SUPERVISION**

---

    The Court, having been notified by the probation officer of the Defendant's death, hereby

    ORDERS that the petition for violation of supervised release and arrest warrant, filed December 21, 2010, be vacated, and the term of supervised release be terminated.

    DATED at Denver, Colorado, this 9th day of March, 2012.

                               BY THE COURT:

                               _____
                               CHRISTINE M. ARGUELLO
                               United States District Judge